UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PETE J. LEAUPEPETELE,<br><br>       Petitioner,<br><br> v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>       Respondent. | CASE NO. 21-0961-RBJ-DWC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

   This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge David W. Christel. Dkt. 8. The Court has considered the Report and Recommendation and the remaining file.

   Petitioner, *pro se,* filed this habeas action pursuant to 28 U.S.C. § 2241 seeking to obtain release from detention or to have a bond hearing. Dkt. 1. He is currently a detainee at the Northwest ICE Processing Center awaiting a final determination of his appeal of a removal order with the Ninth Circuit Court of Appeals. *Id.* His appeal, *Leaupepetele v. Garland,* Ninth Circuit Court of Appeals No. 21-70072, has been fully briefed and his unopposed motion to decide the case on the briefs was granted on November 16, 2021.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

The Respondent filed a response to the petition and moved to dismiss. Dkt. 7. The Report and Recommendation recommends that the Petitioner's application to proceed *in forma pauperis* ("IFP") (Dkt. 6) be denied as moot because the Petitioner paid the filing fee. Dkt. 8. It further recommends that the motion to dismiss be granted and the petition be dismissed with prejudice. Dkt. 8.

The Report and Recommendation (Dkt. 8) should be adopted. For the reasons stated in the Report and Recommendation, Petitioner's application to proceed IFP should be denied as moot and the petition should be dismissed.

## ORDER

Therefore, it is hereby **ORDERED** that:

- The Report and Recommendation (Dkt. 8) **IS ADOPTED**;
- Respondent's motion to dismiss (Dkt. 7) **IS GRANTED**;
- The Petition (Dkt. 1) **IS DISMISSED WITH PREJUDICE**; and
- Petitioner's application to proceed IFP (Dkt. 6) **IS DENIED AS MOOT**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 22nd day of November, 2021.

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2